NTCASCLM

# United States Bankruptcy Court

***Northern District of Illinois***
***Eastern Division***
***219 S Dearborn***
***7th Floor***
***Chicago, IL 60604***

---

In Re:

| | |
|---|---|
| Diana Carol Kroll<br>212 1/2 Finley Circle<br>Grand Ridge, IL 61325<br>SSN: xxx−xx−2385 EIN: N.A. | Case No. : 23−14625<br>Chapter : 13<br>Judge : Deborah L. Thorne |
| Thomas Gerard Kroll<br>212 1/2 Finley Circle<br>Grand Ridge, IL 61325<br>SSN: xxx−xx−0862 EIN: N.A. | |

---

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Quantum3 Group LLC as agent for

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Quantum3 Group LLC as agent for of your claim in the above matter, designated Claim No. 9 . If no objections are filed by you on or before March 13, 2024 the Court shall substitute Quantum3 Group LLC as agent for in your place and stead as a claimant. If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: February 22, 2024

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 23-14625-DLT
Diana Carol Kroll Chapter 13
Thomas Gerard Kroll
Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: admin Page 1 of 2
Date Rcvd: Feb 22, 2024 Form ID: ntcasclm Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Diana Carol Kroll, Thomas Gerard Kroll, 212 1/2 Finley Circle, Grand Ridge, IL 61325-9415 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 30568765 | Email/Text: bnc-quantum@quantum3group.com | Feb 22 2024 22:52:00 | Quantum3 Group LLC as agent for, BLST Marketing Sales & Receivables LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Glenn B Stearns | stearns_g@lisle13.com |
| Joseph R Doyle | on behalf of Debtor 1 Diana Carol Kroll joe@bizardoylelaw.com jim@bizardoylelaw.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 3